UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Seboka K. Hailu**
      Plaintiff

v.                                   Civil Action No. <u>1:19-cv-11527-DPW</u>

**Flight Services & Systems, Inc.**
      Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>WOODLOCK, D.J.</u>

    The Court having been advised by counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                            By the Court,

9/6/2022                             __/S/ *Caetlin McManus*_____
  Date                                     Docket Clerk